≋AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/9/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lymari Casta | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  By Certified USPS Mail on each Defendant at their address as listed on the Summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/9/2007___        *Lymari Casta*
              Date                 Signature of Server

              33-04 30th Avenue, Suite One, Astoria, NY 11103
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.