

**Lymari Casta**
ATTORNEY-AT-LAW
33-04 30th Avenue, Suite One
Astoria, NY 11103
Tel: 718-956-0080
E-mail: attorney.casta@hotmail.com

**MEMO ENDORSED**

Conference is adjourned until 12/20/07 at 9:15 A.M.

SO ORDERED:
Date: 11/27/07
Richard M. Berman, U.S.D.J.

November 26, 2007

(via Hand Delivery)

Honorable Richard M. Berman
United States District Court
Southern District of New York
Room 650
500 Pearl Street
New York, NY 10007

    Re:    Case No. 07 CIV 8411 (RMB) (DF)

           **AZHAR SAJAWAL**
            - against -
           **Michael Bernard Mukasey**, United States Attorney General;
           **Michael Chertoff**, Department of Homeland Security Secretary;
           **Emilio T. Gonzalez**, U.S. Citizenship and Immigration Services Director;
           **Andrea Quarantillo**; New York U.S. Citizenship and Immigration
           Services District Director

Dear Judge Berman:

I represent Mr. Azhar Sajawal in this matter. The above-reference case is currently scheduled for a pre-trial conference this **Thursday, November 29, 2007** at 9:30 am at the U.S. District Courthouse.

Due to a mistake made in my office, it was just brought to my attention that the above-named defendants were not yet served with the Summons and Complaint, or with the letter scheduling the above conference.

In addition, I have to leave the country early tomorrow morning, and I would not be able to appear for the conference.

I greatly apologize for this mistake, and I recognize that this is a last minute request for which again I apologize for any inconveniences that it may cause.

Your Honor, I respectfully request that the pre-trial conference be rescheduled. My office will be sending today the Summons and required documents to all the defendants. I have included a list of dates when am not available for your convenience. Thank you.

Sincerely,
*Lymari Casta*
Lymari Casta, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-07

Re: Case No. 07 CIV 8411 (RMB) (DF)
Lymari Casta, Attorney for Plaintiff

I am not available to appear for this matter on the following dates:

November 28 to December 11, 2007

December 18, 2007

December 21, 2007

January 2, 2007

January 8, 2007

January 22, 2007