UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AZHAR SAJAWAL,                                              :
                                                            :
                Plaintiff,            :      **ECF CASE**
                                                            :
    v.                                                    :
                                                            :      07 Civ. 8411 (RMB)
MICHAEL B. MUKASEY, et al.,                                 :
                                                            :
                Defendants.           :      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          December 14, 2007

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                              By:    /s/_____
                                            DAVID BOBER
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2718
                                            Facsimile: (212) 637-2786
                                            Email: david.bober@usdoj.gov

To:    Lymari Casta, Esq.
        33-04 30th Avenue, Suite One
        Astoria, NY 11103