UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AZHAR SAJAWAL,

                       Plaintiff,    :  07 Civ. 8411 (RMB)

       -against-                           :  **ORDER OF DISCONTINUANCE**

MICHAEL B. MUKASEY, et al.

                     Defendants.
------------------------------------------------------------X

       Based on Plaintiff having indicated in a letter, dated December 19, 2007, that the case is moot, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

       The conference scheduled for 9:15 a.m. on Thursday, December 20, 2007 is vacated.

**SO ORDERED.**

Dated:  New York, New York
          December 19, 2007

                                                                    Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07